JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIZA M.**,** | NO. CV 23-10419-AGR |
| Plaintiff, | JUDGMENT |
| **v.** | |
| MARTIN J. O'MALLEY, Commissioner of Social Security**,** | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed in part and remanded for an award of benefits during the closed period January 1, 2019 through December 31, 2020.

DATED: October 2, 2024

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1